JERRY S. BUSBY
Nevada Bar No. 001107
GREGORY A. KRAEMER
Nevada Bar No. 010911
COOPER LEVENSON APRIL
  NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue, Suite A
Las Vegas, NV  89107-0126
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com
Phone (702) 366-1125
Fax  (702) 366-1857

Attorneys for Defendant,
SWIFT FUNDS FINANCIAL, LLC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SARAH PURDY, an individual, | ) CASE NO. 2:12-cv-01267-JAD-PAL |
| Plaintiff, | ) **ORDER FOR** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
| Swift Funds Financial, LLC, a California limited liability corporation, | ) |
| Defendants. | ) |

WHEREAS, the parties to the above-entitled action have resolved the issues in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above- captioned action is an infant or incompetent person; and

WHEREAS, the parties to the above- captioned action wish to discontinue the litigation;

/ / /
/ / /
/ / /
/ / /
/ / /

CLAC 2276366.1

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against SWIFT FUNDS FINANCIAL, LLC. with prejudice and without costs to any party.

DATED: September 23, 2013

| THE BOURASSA LAW GROUP, LLC | COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. |
|---|---|
| By: /s/ Mark J. Bourassa<br>Mark J. Bourassa<br>THE BOURASSA LAW GROUP, LLC<br>8668 Spring Mountain Road, Suite 101<br>Las Vegas, NV 89117<br>Attorneys for Plaintiff,<br>SARAH PURDY | By: /s/ Gregory A. Kraemer<br>Gregory A. Kraemer<br>COOPER LEVENSON APRIL<br>NIEDELMAN & WAGENHEIM, P.A.<br>6060 Elton Avenue, Suite A<br>Las Vegas, NV 89107<br>Attorneys for Defendant<br>SWIFT FUNDS FINANCIAL, LLC. |

## ORDER

IT IS SO ORDERED:

September 24, 2013.

_____
UNITED STATES DISTRICT JUDGE
DATED:

2

CLAC 2276366.1